UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| JOSEPH HOGAN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | 1:15-cv-00648-RLY-DML |
| | ) | |
| ELHAJ TRADING, LLC, d/b/a | ) | |
| UNLIMITED MOTORS, | ) | |
| | ) | |
| Defendant. | ) | |

**FINAL JUDGMENT**

The court, having previously granted Plaintiff's Motion for Default Judgment, now enters final judgment in favor of Plaintiff, Joseph Hogan, and against Defendant, Elhaj Trading, LLC.

**SO ORDERED** this 11th day of April 2016.

_____
RICHARD L. YOUNG, CHIEF JUDGE
United States District Court
Southern District of Indiana

Laura Briggs, Clerk
United States District Court

_____
By: Deputy Clerk

Distributed Electronically to Registered Counsel of Record.

Distributed via U.S. Mail:

Elhaj Trading, LLC
c/o Angie Elhaj
17317 Westfield Park Road
Westfield, IN 46074